UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL JAMES DELEO, | ) |
| Plaintiff, | ) |
| v. | ) 2:21-mc-00212-JAW |
| ANTHONY VEGNANI | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE BANKRUPTCY JUDGE**

On September 30, 2021, the United States Bankruptcy Judge issued his Recommended Decision (ECF No. 4) on Defendant Anthony Vegnani's Motion to Dismiss (Bankr. ECF No. 9). Plaintiff Michael J. Deleo did not file any objections by the October 14, 2021 response deadline, and the Recommended Decision was submitted to this Court on October 15, 2021. The Court reviewed and considered the Bankruptcy Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Bankruptcy Judge's Recommended Decision on this dispositive matter; and the Court concurs with the recommendations of the United States Bankruptcy Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

With the affirmance of this Recommended Decision and the dismissal

of the Amended Complaint, the Plaintiff's Motion to Withdraw the Reference of a Matter Referred to Bankruptcy Court under 28 U.S.C. § 157(a) Pursuant to 28 U.S.C. § 157(d) (ECF No. 1) becomes moot and the Court dismisses it.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Bankruptcy Judge (ECF No. 4) be and hereby is <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that pursuant to Rule 12(b)(6) Defendant's Motion to Dismiss (Bankr. ECF No. 9) be and hereby is <u>GRANTED</u>.

3. It is further <u>ORDERED</u> that Plaintiff's Motion to Withdraw Reference (ECF No. 1) be and hereby is <u>DISMISSED</u> as moot.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 28th day of October, 2021